FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2025 OCT 14  PM 2:33

VANIA S. ALLEN
CLERK
BY:_____
DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA (ATLANTA DIVISION)**

**IN RE:**

Phillip Anthony Butler

Case No. 25-58447-jwc

Chapter 7

**Bell Road Venture Partners LLC, Movant**

v.

Phillip Anthony Butler, Debtor

Kyle A. Cooper, Trustee

### RESPONSE/OBJECTION TO MOTION FOR RELIEF FROM STAY

I, Phillip Anthony Butler, respectfully submit this response and objection to Movant Bell Road Venture Partners LLC's Motion for Relief from Stay as it concerns the property at **2050 Everly Lane, Johns Creek, GA 30097**.

### 1. Request for Short Grace Period to Vacate

I do not oppose the request for relief from stay provided the Court grants a brief extension of the stay—specifically, a 30-day delayed effective date—to allow me to make arrangements for moving out of the property safely and orderly.

### 2. Agreement Terms Proposed to Movant

I propose the following terms for a consent order:

- Relief from stay becomes effective 30 days after the Court's order.
- I will vacate the premises by that date.
- I will provide reasonable access to the property for inspections as needed.

- If requested, I am willing to discuss a short-term "use and occupancy" agreement as appropriate.

I have reached out to Movant's counsel to discuss resolving this matter by consent and am open to participating in mediation if it may expedite an agreed resolution.

### 3. Current Circumstances

Due to the transition resulting from this bankruptcy, additional time is needed to secure alternative housing and coordinate my move-out date safely, especially given logistical challenges and the need to avoid hardship.

### 4. Request for Court's Consideration

I respectfully request that the Court consider my position and, if it grants the relief from stay, allow the stay to remain in effect for 30 days from the date of the order to permit an orderly transition.

### Certificate of Service

I certify that a copy of this Response/Objection has been served via first class mail (or other permitted means) to Movant's counsel, the Chapter 7 Trustee, and other parties as required by local rules, on the dates indicated below.

Respectfully submitted,

_____

Phillip Anthony Butler

2050 Everly Lane

Johns Creek, GA 30097

Pabutlr3@gmail.com

(404) 704 - 2375

Date: October 11, 2025