**IT IS ORDERED as set forth below:**

**Date: October 31, 2025**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Phillip Anthony Butler | ) |
| | ) |
| Debtor(s). | ) |
| | ) |
| | ) CASE NO. 25-58447-jwc |
| | ) CHAPTER 7 |
| | ) |
| Bell Road Venture Partners, LLC, | ) Judge Jeffery W. Cavender |
| | ) |
| Movant. | ) |
| | ) |
| | ) CONTESTED MATTER |
| V. | ) |
| | ) |
| Phillip Anthony Butler, Debtor(s), Michael J. Bargar, Trustee | ) |
| | ) |
| Respondents. | ) |
| | ) |
| | ) |
| | ) |

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

On September 30, 2025, Bell Road Venture Partners, LLC (hereinafter, "Movant") filed a Motion For Relief From Automatic Stay (Doc. No. 28) (the "Motion"). The Motion concerns rented real property known as 2050 Everly Lane, Johns Creek, Georgia 30097 (the "Property").

1

A hearing on said Motion was heard on October 30, 2025, upon notice Movant contends was proper. A response in opposition was filed to the Motion solely by Debtor; no response or objection to the Motion was filed by the Trustee. Debtor failed to appear at the hearing, and similarly no opposition to Movant's Motion was announced at the hearing by the Trustee.

The Court, having considered the Motion and all other matters of record, hereby **GRANTS** Movant relief from the automatic stay for all purposes allowed by law including, but not limited to, the right for Movant to proceed with a Dispossessory Action and judgment to obtain possession of the Property. Accordingly, it is hereby

**ORDERED** that Movant's Motion is granted. The automatic stay pursuant to 11 U.S.C. §§ 362(d) of the Bankruptcy Code is MODIFIED to allow Movant to pursue all remedies available under Georgia law to recover possession of the Property, and that the Property be abandoned as property of the estate.

**ORDERED** that Movant may obtain a post-petition judgment within the course of a dispossessory action to recover possession of the Property, but Movant is not permitted to pursue any collection activities on that judgment as to property of the estate during the pendency of the instant Bankruptcy.

[END OF DOCUMENT]

**Order presented by:**
/s/ Matthew F. Totten
MATTHEW F. TOTTEN
(Georgia Bar No. 798589)
THE TOTTEN FIRM, LLC
5579 Chamblee-Dunwoody Rd, Ste B-136
Atlanta, GA 30338
Tel: (404) 692-4342
Email: mft@tottenfirm.com

**Distribution List:**

Matthew Totten, Esq.
THE TOTTEN FIRM, LLC
2090 Dunwoody Club Dr
Ste 106-33
Atlanta, GA 30350


U.S. Trustee
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Kyle A. Cooper
Chapter 7 Trustee
120 Travertine Trl
Alpharetta, GA 30022

Phillip Anthony Butler, Debtor *pro se*
2050 Everly Lane
Alpharetta GA 30097