Certificate Number: 14912-GAN-DE-040274693

Bankruptcy Case Number: 25-58447



14912-GAN-DE-040274693

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 4, 2025, at 4:20 o'clock PM EST, Phillip Butler completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date: November 4, 2025       By:    /s/Jai Bhatt

                             Name:  Jai Bhatt

                             Title: Counselor